**97–2676. Cincinnati Bar Assn. v. Caliman.**

Reported at 83 Ohio St.3d 461, 700 N.E.2d 857. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent.

**97–2684. State ex rel. Stinson v. Youngstown Osteopathic Hosp.**

Franklin App. No. 96APD10–1323. Reported at 83 Ohio St.3d 400, 700 N.E.2d 326. On motion for reconsideration. Motion denied.

**98–1036. Smith v. Walker.**

Pickaway App. No. 98CA10. Reported at 83 Ohio St.3d 431, 700 N.E.2d 592. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**98–1363. Reese v. Price.**

Erie App. No. E–97–086. Reported at 83 Ohio St.3d 1460, 700 N.E.2d 877. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**98–1550. State v. McGee.**

Logan App. No. 8–98–01. Reported at 83 Ohio St.3d 1461, 700 N.E.2d 878. On motion for reconsideration. Motion denied.

**98–1577. State v. Gillard.**

Stark App. Nos. 1997CA00318 and 1997CA00410. Reported at 83 Ohio St.3d 1461, 700 N.E.2d 878. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., would allow on Proposition of Law No. IX.

PFEIFER, J., would allow.

**98–1605. Swaney v. Syndicate Mgt., Inc.**

Cuyahoga App. No. 73509. Reported at 83 Ohio St.3d 1472, 701 N.E.2d 380. On motion for reconsideration. Motion denied.

**98–2022. State ex rel. Manos v. Delaware Cty. Bd. of Elections.**

Reported at 83 Ohio St.3d 562, 701 N.E.2d 371. On motion for reconsideration. Motion denied.

F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., dissent.